1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12              v.                      CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                    /
15  IN RE:
16  SK FOODS, L.P.
17          Debtor.
18  BRADLEY D. SHARP,                   CIV. NO. S-10-810 LKK
19          Plaintiff,
20              v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                    /
23
24  ////
25  ////
26  ////

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                        CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                         /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,                        CIV. NO. S-10-812 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                         /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                           CIV. NO. S-10-1492 FCD
21          Plaintiff,
22              v.
23  SSC FARMS 1, LLC, et al.,
24          Defendants.
                                         /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.                              CIV. NO. S-10-1493 GEB
 3          Debtor.
                                       /
 4  IN RE:
 5  SK FOODS, L.P.
 6          Debtor.
 7  BRADLEY SHARP,                              CIV. NO. S-10-1496 WBS
 8          Plaintiff,
 9             v.
10  CSSS, L.P., et al.,
11          Defendants.
                                       /
12  IN RE:
13  SK FOODS, L.P.
14          Debtor.
15  BRADLEY SHARP,                              CIV. NO. S-10-1497 GEB
16          Plaintiff,
17             v.
18  FRED SALYER IRREVOCABLE
    TRUST, et al.,
19
            Defendants.
20                                     /
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1498 WBS
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC., et al.,
 8          Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1499 WBS
13          Plaintiff,
14             v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                          /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                              CIV. NO. S-10-1500 MCE
21          Plaintiff,
22             v.
                                              RELATED CASE ORDER
23  SCOTT SALYER, et al.,
24          Defendants.
                                          /
25  ////
26  ////
```

1  Defendant Frederick Scott Salyer has filed a notice of related
2 cases arguing that United States of America v. Salyer, No. 2:10-CR-
3 0061-LKK, is related to seven appeals from orders entered by the
4 Bankruptcy Court in adversary litigation.  Each of these appeals
5 concerns a request to stay the adversary proceedings pending
6 completion of the criminal proceedings in United States v. Salyer.
7 Examination of the above matters reveals that they are related
8 within the meaning of E.D. Cal. Local Rule 123 for the reasons set
9 forth in defendant Salyer's memorandum.

10  The parties should be aware that relating the cases under
11 Local Rule 123 merely has the result that the actions are assigned
12 to the same judge; no consolidation of the actions is effected.
13 Under the regular practice of this court, related cases are
14 generally assigned to the judge to whom the first filed action was
15 assigned.

16  IT IS THEREFORE ORDERED that the actions denominated
17 2:10-CV-1492-FCD, 2:10-CV-1493-GEB, 2:10-CV-1496-WBS,
18 2:10-CV-1497-GEB, 2:10-CV-1498-WBS, 2:10-CV-1499-WBS, and
19 2:10-CV-1500-MCE are reassigned to Judge Lawrence K. Karlton for
20 all further proceedings.  Henceforth the caption on all documents
21 filed in the reassigned cases shall be shown as No. 2:10-CV-1492-
22 LKK, 2:10-CV-1493-LKK, 2:10-CV-1496-LKK, 2:10-CV-1497-LKK,
23 2:10-CV-1498-LKK, 2:10-CV-1499-LKK and 2:10-CV-1500-LKK.

24  IT IS FURTHER ORDERED that the Clerk of the Court make
25 appropriate adjustment in the assignment of cases to compensate for
26 ////

5

1 | this reassignment.
2 |     IT IS SO ORDERED.
3 |     DATED:  July 8, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT