1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   IN RE:

11   SK FOODS, L.P.

12           Debtor.

13   BRADLEY SHARP,                          CIV. NO. S-10-1497 LKK

14           Plaintiff,

15             v.
                                             O R D E R
16   FRED SALYER IRREVOCABLE
     TRUST, et al.,
17
             Defendants.
18   _____/

19       Pending before the court in the above captioned case is the

20   appellee's motion to dismiss, currently set to be heard on

21   September 13, 2010.  Due to a court scheduling conflict, the court

22   CONTINUES the hearing to September 27, 2010 at 10:00 AM.   The

23   deadlines for filing oppositions or statements of non-opposition,

24   and for filing of a reply, if any, are unchanged.

25       IT IS SO ORDERED.

26       DATED:  September 3, 2010.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT