UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                                        CIV. NO. S-10-1492 LKK

      Plaintiff,

          v.

SSC FARMS 1, LLC, et al.,

      Defendants.
_____/
IN RE:

SK FOODS, L.P.                                        CIV. NO. S-10-1493 LKK

      Debtor.
_____/
IN RE:

SK FOODS, L.P.

      Debtor.

BRADLEY SHARP,                                        CIV. NO. S-10-1496 LKK

      Plaintiff,

          v.

CSSS, L.P., et al.,

      Defendants.
_____/

```
1   IN RE:

2   SK FOODS, L.P.

3           Debtor.

4   BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK

5           Plaintiff,

6               v.

7   FRED SALYER IRREVOCABLE
    TRUST, et al.,
8
            Defendants.
9   _____/

10  IN RE:

11  SK FOODS, L.P.

12          Debtor.

13  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK

14          Plaintiff,

15              v.

16  SKF AVIATION, LLC., et al.,

17          Defendants.
18  _____/

    IN RE:
19
    SK FOODS, L.P.
20
            Debtor.
21
    BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
22
            Plaintiff,
23
                v.
24
    SCOTT SALYER, et al.,
25
            Defendants.
26  _____/
```

```
 1   IN RE:

 2   SK FOODS, L.P.

 3            Debtor.

 4   BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK

 5            Plaintiff,

 6            v.
                                                O R D E R
 7   SCOTT SALYER, et al.,

 8            Defendants.
     _____/

 9

10        On December 27, 2010, the Bankruptcy Trustee filed a motion

11   for rehearing on this court's December 10, 2010 order. The motion

12   is set to be heard on January 31, 2011. On December 30, 2010, the

13   debtor and non-debtor entities filed an objection to the rehearing.

14   Counsel for these parties filed a declaration informing the court

15   that Andrea Miller, lead counsel for the entities, has been

16   diagnosed with a life-threatening illness that requires surgery.

17   She is estimated to complete recovery in March or April of this

18   year. In order to allow Ms. Miller to work on this matter, the

19   entities requested a continuance of the motion. Counsel also

20   indicated that they have attempted to obtain a stipulation of the

21   continuance.

22        Shortly after receiving the objections, chambers staff

23   contacted counsel for the entities to determine whether they have

24   reached an agreement with the trustee. Counsel represented that he

25   is still seeking a stipulation. Counsel has not further informed

26   the court of any agreement.
```

3

1        The court expresses deep sympathy for Ms. Miller. Nonetheless,

2   the court finds that her firm, Nagelely, Meredith & Miller, Inc.,

3   is sufficiently large such that another attorney can familiarize

4   himself with the matter. This is especially so given that there

5   appear to be serious disputes as to the interpretation of this

6   court's prior order. The court, thus, denies the request for a

7   continuance. The motion for rehearing shall be held at 10:00 a.m.

8   on January 31, 2011.

9        The court does, however, grant the entities a short extension

10  of time to file a response to the motion for rehearing. The

11  response shall be filed by 9:00 a.m. on January 19, 2011. Deadlines

12  for filing reply memoranda remain unchanged.

13       IT IS SO ORDERED.

14       DATED:   January 14, 2011.

15

16

17                    LAWRENCE K. KARLTON
                      SENIOR JUDGE
18                    UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

4