UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

            v.                    CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

        Defendant.
_____/

IN RE:

SK FOODS, L.P.

        Debtor.

BRADLEY D. SHARP,                CIV. NO. S-10-810 LKK

        Plaintiff,

            v.

SCOTT SALYER, et al.,

        Defendants.
_____/

////

////

////

```
 1  IN RE:

 2  SK FOODS, L.P.

 3          Debtor.

 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK

 5          Plaintiff,

 6              v.

 7  SKF AVIATION, LLC, et al.,

 8          Defendants.
    _____/
 9  IN RE:

10  SK FOODS, L.P.

11          Debtor.

12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK

13          Plaintiff,

14              v.

15  SSC FARMS 1, LLC, et al.,

16          Defendants.
    _____/
17  IN RE:

18  SK FOODS, L.P.

19          Debtor.

20  BRADLEY SHARP,                             CIV. NO. S-10-1492 LKK

21          Plaintiff,

22              v.

23  SSC FARMS 1, LLC, et al.,

24          Defendants.
    _____/
25  ////

26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.                              CIV. NO. S-10-1493 LKK

 3            Debtor.
                                          /
 4  IN RE:

 5  SK FOODS, L.P.

 6            Debtor.

 7  BRADLEY SHARP,                              CIV. NO. S-10-1496 LKK

 8            Plaintiff,

 9                  v.

10  CSSS, L.P., et al.,

11            Defendants.
                                          /
12  IN RE:

13  SK FOODS, L.P.

14            Debtor.

15  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK

16            Plaintiff,

17                  v.

18  FRED SALYER IRREVOCABLE
    TRUST, et al.,
19
              Defendants.
20                                        /

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.

 3          Debtor.

 4  BRADLEY SHARP,                          CIV. NO. S-10-1498 LKK

 5          Plaintiff,

 6              v.

 7  SKF AVIATION, LLC., et al.,

 8          Defendants.
                                       /
 9  IN RE:

10  SK FOODS, L.P.

11          Debtor.

12  BRADLEY SHARP,                          CIV. NO. S-10-1499 LKK

13          Plaintiff,

14              v.

15  SCOTT SALYER, et al.,

16          Defendants.
                                       /
17  IN RE:

18  SK FOODS, L.P.

19          Debtor.

20  BRADLEY SHARP,                          CIV. NO. S-10-1500 LKK

21          Plaintiff,

22              v.

23  SCOTT SALYER, et al.,

24          Defendants.
                                       /
25  ////

26  ////
```

1  IN RE:

2  SK FOODS, L.P.

3          Debtor.

4  BRADLEY D. SHARP,                                    Civ. S-10-2912 LKK

5          Plaintiff

6               v.

7  SSC FARMS 1, LLC, et al.,

8          Defendants.
   _____/

9  IN RE:

10 SK FOODS, L.P.

11         Debtor.

12 BRADLEY D. SHARP,
                                                        Civ. S-10-2913 LKK
13         Plaintiff,

14              v.

15 SCOTT SALYER, et al.,

16         Defendants.
   _____/

17 IN RE:

18 SK FOODS, L.P.

19         Debtor.

20 BRADLEY D. SHARP,
                                                        Civ. S-10-2914 LKK
21         Plaintiff,

22              v.

23 SKF AVIATION, LLC, et al.,

24         Defendants.
   _____/

25 ////

26 ////

5

```
1  IN RE:

2  SK FOODS, L.P.

3         Debtor.

4  SCOTT SALYER,                                  CIV. S-10-3467 MCE

5         Plaintiff,

6              v.

7  SK FOODS, LP,                                  RELATED CASE ORDER

8         Defendants.
                                            /
9
```

10     Defendant Frederick Scott Salyer has filed a notice of related

11 cases arguing that United States of America v. Salyer, No. 2:10-CR-

12 0061-LKK, is related to one more appeal from an order entered by

13 the Bankruptcy Court in adversary litigation.  This appeal concerns

14 a proposed settlement that includes a transfer to the lenders of

15 claims in the adversary proceedings.  Examination of the above

16 matter reveals that it is related within the meaning of E.D. Cal.

17 Local Rule 123 for the reasons set forth in defendant Salyer's

18 memorandum.

19     The parties should be aware that relating the cases under

20 Local Rule 123 merely has the result that the actions are assigned

21 to the same judge; no consolidation of the actions is effected.

22 Under the regular practice of this court, related cases are

23 generally assigned to the judge to whom the first filed action was

24 assigned.

25     IT IS THEREFORE ORDERED that the action denominated

26 2:10-CV-3467 MCE is reassigned to Judge Lawrence K. Karlton for all

6

1   further proceedings.  Henceforth the caption on all documents filed

2   in the reassigned case shall be shown as No. 2:10-CV-3467-LKK.

3        IT IS FURTHER ORDERED that the Clerk of the Court make

4   appropriate adjustment in the assignment of cases to compensate for

5   this reassignment.

6        IT IS SO ORDERED.

7        DATED:  January 19, 2011.

8

9

10   _____
     LAWRENCE K. KARLTON
11   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26